UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          -v-                                    5:05-CR-529

JONATHAN BAKER, GEORGE FULLER,
and KELVIN MINOTT,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

       Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on December 8, 2006, in Utica, New York, it is hereby

       ORDERED that

       Defendants' motions for post-trial relief are DENIED.

       IT IS SO ORDERED.

                                                  _____
                                            United States District Judge

Dated:  December 8, 2006
          Utica, New York.